UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ELISA CONTRERAS,
    Debtor(s),                                           No. 05-16506-j7

## REPORT TO THE COURT OF UNCLAIMED FUNDS
## TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $160.09 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

    Elisa Contreras                                       $160.09
    1845 Poplar Ave.
    Las Cruces, NM 88001-2416

                                               Filed electronically
                                               Philip J. Montoya
                                               Chapter 7 Trustee
                                               P.O. Box 159
                                               Albuquerque, NM 87103
                                               Tel: (505) 244-1152
                                               Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to ustpregion20.aq.ecf@usdoj.gov this 17th day of February, 2010.

                                               Filed electronically
                                               Philip J. Montoya